IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDIE HUNTER, SR.  :  CIVIL ACTION
WALIYYUDDIN S. ABDULLAH  :
  :
v.  :
  :
PHILADELPHIA POLICE DEPARTMENT  :  NO. 12-2497
MEDICAL EXAMINER'S OFFICE OF  :
PHILADELPHIA COUNTY  :

FILED MAY 18 2012
MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

## ORDER

AND NOW, this 17th day of May, 2012, upon consideration of plaintiff Eddie Hunter, Sr. and Waliyyuddin S. Abdullah's motions to proceed *in forma pauperis* and their pro se civil complaint, **IT IS HEREBY ORDERED** that:

1. Plaintiff Waliyyuddin S. Abdullah's motion to proceed *in forma pauperis* is **GRANTED**. However, his Complaint is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B) for the reasons discussed in the Court's Memorandum.

2. Plaintiff Eddie Hunter, Sr.'s motion to proceed *in forma paueris* is **DENIED** without prejudice for lack of sufficient financial information to enable the Court to determine whether he has the means to pay the filing fee to commence this case.

3. The Clerk of the Court is directed to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

ENTERED
MAY 21 2012
CLERK OF COURT

CYNTHIA M. RUFE, J.

5/21/12 mailed
Hunter Abdullah